DAVID M. REAVES
Bankruptcy Trustee
P.O. BOX 44320
PHOENIX, AZ 85064
(602) 241-0101

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| In re: | ) | CHAPTER 7 |
|---|---|---|
| | ) | |
| PINEDA JR., SANTOS T | ) | CASE NO. 2-08-bk-07687-RJH |
| PINEDA, DANIELLE, | ) | |
| | ) | |
| | ) | PETITION TO PAY |
| Debtor(s) | ) | DIVIDEND IN AMOUNT LESS |
| | ) | THAN $5.00 TO THE CLERK OF |
| | ) | THE U.S. BANKRUPTCY COURT |

DAVID M. REAVES, Trustee, reports that the following dividend(s) in amounts less than $5.00 were declared, and that pursuant to Bankruptcy Rule 3010 requests that such dividend(s) not be distributed to creditors, but shall be treated in the same manner as unclaimed funds as provided in §347 of the Code.

| CLAIM NO. | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|
| 2 | Pra Receivables Management, LLC<br>As Agent Of Portfolio Recovery Assocs.<br>PO Box 12914<br>NORFOLK VA 23541 | $4.74 |
| 4 | Credit First N A<br>PO Box 818011<br>Cleveland Oh 44181 | $1.48 |
| 6 | Chase Bank USA,N.A<br>P O Box 740933<br>Dallas,TX 75374 | $4.45 |
| 7 | Banner Health<br>Patient Financial Services<br>PO Box 2978<br>Phoenix, AZ 85062 | $2.19 |
| 17 | LVNV Funding LLC its successors and assigns as assignee of Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | $3.88 |
| 20 | Qwest Corporation<br>1801 California St Rm 900<br>Attn: Jane Frey<br>Denver CO 80202 | $1.07 |

| 23 | Banner Health<br>Patient Financial Services<br>PO Box 2978<br>Phoenix, AZ 85062 | $0.91 |

| | |
|---|---|
| *August 12, 2010* | */s/ David M. Reaves* |
| DATE | David M. Reaves, Trustee |