**DAVID M. REAVES**
Chapter 7 Panel Trustee
Post Office Box 44320
Phoenix, Arizona 85064
(602) 241-0101 Telephone

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: ) | Case No. 2-08-BK-07687-RJH |
| ) | |
| PINEDA JR., SANTOS T. and ) | Chapter 7 |
| PINEDA, DANIELLE, ) | |
| ) | **APPLICATION FOR ORDER FOR PAYMENT OF UNCLAIMED FUNDS TO U.S. BANKRUPTCY COURT** |
| Debtors. ) | |
| ) | |
| ) | |

_____

David M Reaves, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| Check No. | Date Issued | Creditor's Name and Address | Amount |
|---|---|---|---|
| 3005 | 08/02/10 | The Bureaus Inc. 1717 Central St. Evanston, IL 60201 | $24.74 |

Dated this 10th day of November, 2010.

/s/ David M. Reaves
David M. Reaves, Chapter 7 Trustee

1